THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT M. YONKER,

                 Petitioner,

     v.

E. BRADFORD BALES, et al.,

                Respondents.

CASE NO. 10-1902

ORDER

     The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. No. 7), the Report and Recommendation (Dkt. No. 14) of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Petitioner's filings (Dkt. Nos. 15–18) rules as follows.

     Petitioner has failed to demonstrate that he is entitled to interlocutory review of the state action. Accordingly, the Court does hereby find and ORDER:

     1.     The Court adopts the Report and Recommendation. (Dkt. No. 14.)

     2.     Petitioner's amended petition for writ of habeas corpus (Dkt. 7) and this action are **DISMISSED** without prejudice.

3.     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED** with respect to all claims asserted by petitioner in his petition.

4.     The Clerk shall send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 4th day of February 2011.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - 10-1902
PAGE - 2